# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

No. _20-2170 JP_

UNITED STATES OF AMERICA

v.

**CHRISTOPHER EDGAR LIMA and
GERMAN GABRIEL FLACA,**

Defendants.

_____/

## CRIMINAL COVER SHEET

1.   Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?
_____Yes   __x___ No

2.   Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?
_____Yes   __x___ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY:   _____

MICHAEL B. HOMER
Assistant United States Attorney
Court ID No. A5502497
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9289
Michael.Homer@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  20 - 2170 JJO |
| CHRISTOPHER EDGAR LIMA and | ) | |
| GERMAN GABRIEL FLACA, | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____February 4, 2020,_____ in the county of ___Miami-Dade and Broward___ in the
___Southern___ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 2113(a), (d), and 371 | Conspiracy to commit armed bank robbery |
| Title 18, United States Code, Sections 2113(a), (d), and 2 | Armed bank robbery and attempted armed bank robbery |
| Title 18, United States Code, Sections 2113(a) and 2 | Bank robbery |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI Special Agent Adam Pascoe
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____02/05/2020_____

_____
*Judge's signature*

City and state: _____Miami, Florida_____

John J. O'Sullivan, U.S. Chief Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Adam Pascoe, being duly sworn, deposes and states as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since 2019.  I am currently assigned to the Miami Field Office South Florida Violent Crimes Task Force, which targets individuals involved in violent crime.  As part of my duties, I investigate crimes related to bank robberies and firearms offenses.  I am authorized to apply for and execute arrest warrants for offenses enumerated in Title 18 of the United States Code and to execute search warrants.  I have conducted and assisted in violent crime investigations, and have executed search warrants that have led to seizures of evidence related to violent crime.  Prior to working as a Special Agent with the FBI, I was a police officer in Norfolk, Virginia, from 2012 to 2019.

2.      Based on my training and experience, and as further supported by the facts in this Affidavit, I respectfully submit that probable cause exists to charge CHRISTOPHER EDGAR LIMA ("LIMA") and GERMAN GABRIEL FLACA ("FLACA") with: (1) conspiracy to commit armed bank robbery, in violation of Title 18, United States Code, Sections 2113(a), (d), and 371; (2) armed bank robbery and attempted armed bank robbery, in violation of Title 18, United States Code, Sections 2113(a), (d) and 2; and (3) bank robbery, in violation of Title 18, United States Code, Sections 2113(a) and 2.

3.      The statements contained in this Affidavit are based on my personal knowledge, as well as information relayed to me by other law enforcement officials, bank security personnel, and civilian witnesses involved in this investigation.  I have not included in this Affidavit each and every fact known to me.  Rather, I have included only the facts that are sufficient to establish

probable cause for the issuance of a criminal complaint against LIMA and FLACA for the above-described criminal violations.

## **PROBABLE CAUSE**

4.     On or about February 4, 2020, at approximately 2:14 p.m., a male, later identified as FLACA, entered the Chase Bank located at 11295 Southwest 112th Street, Miami, Florida (the "Miami Chase Bank"), a bank whose deposits were then insured by the Federal Deposit Insurance Corporation ("FDIC").

5.     FLACA, wearing a blue denim button-up shirt, sunglasses, a shaggy blonde/greyish long-haired wig, and a black hat worn backwards, approached the victim bank teller and handed the teller a handwritten note stating, "I have a gun and nothing to lose, give me all the money make it fast." Upon reading the note, the victim bank teller became frightened and began to operate her computer to open the cash drawer.  FLACA then brandished what appeared to be a black semiautomatic handgun and held a finger up to his mouth, in order to threaten the teller to remain quiet.  The victim bank teller, terrified, fainted.  FLACA then exited the bank without any money. The attempted bank robbery was recorded on the bank's video security cameras.

6.     Later that same day, on or about February 4, 2020, at approximately 3:27 p.m., a male, later identified as FLACA, entered the Citibank located at 18395 Pines Boulevard, Pembroke Pines, Florida (the "Pembroke Pines Citibank"), a bank whose deposits were then insured by the FDIC.

7.     FLACA, wearing a white long-sleeve shirt, sunglasses, and a Marlins baseball hat, approached the victim bank teller and handed the teller a handwritten note stating, "I have a gun and nothing to lose, give me all the money quick and quietly."  FLACA then brandished what appeared to be a black semiautomatic handgun.  FLACA also told the victim teller in Spanish to

calm down and to give him everything the teller had. In fear for his/her safety, the victim bank teller handed FLACA a stack of blank Citibank cashiers checks and money orders. FLACA grabbed the cashiers checks and money orders and exited the bank. The ~~attempted~~ bank robbery was recorded on the bank's video security cameras.

8.      While investigating this bank robbery, law enforcement spoke with a witness who reported that he/she saw FLACA, upon leaving the Pembroke Pines Citibank, enter a gray or silver older model Toyota Tundra bearing a Florida license plate. Law enforcement issued a Be-on-the-Lookout ("BOLO") for a vehicle matching that description.

9.      Later that same day, on or about February 4, 2020, at approximately 4:35 p.m., a male, later identified as FLACA, entered the Chase Bank located at 12590 Sunrise Boulevard, Sunrise, Florida (the "Sunrise Chase Bank"), a bank whose deposits were then insured by the FDIC.

10.     FLACA, wearing a denim button-up shirt, sunglasses, and a black hat with a green Fox Racing logo on the front, approached the victim bank teller and handed the teller a handwritten note demanding money and threatening the possession of a weapon. In fear for his/her safety, the victim bank teller handed FLACA approximately $1,000 in U.S. currency. FLACA took the money and exited the bank. This bank robbery was recorded on the bank's video security cameras.

11.     Later that same day, on or about February 4, 2020, at approximately 5:25 p.m., a male, later identified as FLACA, entered the Chase Bank located at 10585 Wiles Road, Coral Springs, Florida (the "Coral Springs Chase Bank"), a bank whose deposits were then insured by the FDIC.

12.     FLACA, wearing a white long-sleeve shirt, sunglasses, and a dark-colored hat, approached the victim bank teller and handed the teller a handwritten note demanding money and

threatening the possession of a weapon.  In fear for his/her safety, the victim bank teller handed FLACA approximately $12,666 in U.S. currency.  FLACA took the money and exited the bank. This bank robbery was recorded on the bank's video security cameras.

13.     Several minutes after FLACA departed from Coral Springs Chase Bank, at approximately 5:28 p.m., law enforcement saw a silver Toyota Tundra bearing Florida license plate LQV-C61 within a one mile vicinity of the Coral Springs Chase Bank.  Law enforcement conducted a traffic stop and detained the driver, later identified as LIMA, and the passenger, later identified as FLACA.

14.     Inside the Toyota Tundra, law enforcement saw in plain view a portion of the suspected wig that FLACA wore when he robbed the Miami Chase Bank, the black hat with a green Fox Racing logo on the front that FLACA wore when he robbed the Sunrise Chase Bank, and multiple $100 bills.

15.     LIMA was read his *Miranda* rights, and he waived those rights.  In a recorded statement, LIMA told law enforcement that he had driven FLACA to all four bank robberies that day in LIMA's Toyota Tundra.  LIMA stated that he had been the driver, and that FLACA had gone inside and robbed each bank.  LIMA stated that he had authored the demand notes which FLACA used to rob the banks, and that he had provided FLACA with the black handgun that FLACA brandished at the Miami Chase Bank and the Pembroke Pines Citibank.  LIMA further stated that the black handgun was actually a B.B. gun.  LIMA stated that he and FLACA were brothers-in-law, that they had agreed to commit the bank robberies together, and that they had agreed to divvy the proceeds.

16.     LIMA further confessed to law enforcement that he had recently committed four other bank robberies, including (1) the December 10, 2019, robbery of the Chase Bank located at

4200 Southwest 152nd Avenue, Miami, Florida, during which LIMA brandished what appeared to be a black handgun; (2) the January 6, 2020, robbery of the Chase Bank located at 14045 Northwest 67th Avenue, Miami Lakes, Florida, during which LIMA presented the victim bank teller with a note threatening, "I have a gun, calmly give me money and there won't be any problems"; (3) the January 10, 2020, robbery of the Chase Bank located at 8851 Glades Road, Boca Raton, Florida, during which LIMA brandished what appeared to be a black handgun; and (4) the January 17, 2020, robbery of the Chase Bank located at 1499 Colonial Boulevard, Fort Myers, Florida, during which LIMA brandished what appeared to be a black handgun.

17.    LIMA told law enforcement that FLACA was not involved in those previous robberies.

18.    LIMA told law enforcement that the weapon which appeared to be a black handgun, but which LIMA claimed was a B.B. gun, that he had brandished during those previous robberies was the same weapon he gave to FLACA, and which FLACA brandished, to commit the four bank robberies on or about February 4, 2020.

19.    Law enforcement had been investigating those previous four bank robberies and had obtained surveillance footage from all four banks' security cameras. The physical appearance of the suspect of those robberies as depicted on all four banks' surveillance footage is consistent with the physical appearance of LIMA.


[THIS SPACE LEFT INTENTIONALLY BLANK]

## CONCLUSION

20.     Based on my training and experience, and as further supported by the facts in this Affidavit, I respectfully submit that probable cause exists to charge LIMA and FLACA with: (1) conspiracy to commit armed bank robbery, in violation of Title 18, United States Code, Sections 2113(a), (d), and 371; (2) armed bank robbery and attempted armed bank robbery, in violation of Title 18, United States Code, Sections 2113(a), (d) and 2; and (3) bank robbery, in violation of Title 18, United States Code, Sections 2113(a) and 2.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
SPECIAL AGENT ADAM PASCOE
FEDERAL BUREAU OF INVESTIGATION

Subscribed and sworn before me
this 5th day of February, 2020.

_____
HONORABLE JOHN J. O'SULLIVAN
UNITED STATES CHIEF MAGISTRATE JUDGE